# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02: 08-cr-0235 |
| | ) | |
| JOSHUA GELETKO | ) | |

**ORDER OF COURT**

**AND NOW,** this 19th day of June, 2009, upon consideration of the MOTION TO DISMISS INDICTMENT filed by the United States of America, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Indictment at Criminal No. 08-0235 as to defendant Joshua Geletko is hereby **DISMISSED**.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:  Scott W. Brady,
    Assistant U.S. Attorney
    Email: scott.brady@usdoj.gov

    Victor H. Pribanic, Esquire
    Pribanic & Pribanic, LLC
    Email: lisa@pribanic.com

    Mark A. Smith, Esquire
    Pribanic & Pribanic
    Email: msmith@pribanic.com

    Pretrial Services

    United States Marshals Service